HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
WAYNE MICHAUD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:17-mj-00048-MJS |
|---|---|
| Plaintiff, | ) REQUEST FOR RULE 43 WAIVER; ORDER |
| vs. | ) |
| WAYNE MICHAUD, | ) |
| Defendant. | ) |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Wayne Michaud, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at non-substantive hearing, including the upcoming status conference on November 7, 2017. Mr. Michaud agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney to represent his interests at all times.

On August 1, 2017, Mr. Michaud appeared on this case, however at that time he did not request a waiver of future appearances as he was considering retaining counsel. Mr. Michaud has since decided to proceed represented by the Office of the Federal Defender and moves at this time for waiver of appearance at all future non-substantial hearings. Mr. Michaud has no criminal history and no prior failures to appear. There is no reason to suspect that Mr. Michaud

will not be in touch with his attorney regarding his case. He also currently resides in Concord, California and works ten-hour days; thus, it would be a serious hardship for Mr. Michaud to travel to Yosemite for each court hearing. Accordingly, Mr. Michaud respectfully requests the Court grant a waiver of his right and obligation to be personally present at future non-substantive hearings, including the November 7, 2017 status conference.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 1, 2017        /s/ Hope Alley
                              HOPE ALLEY
                              Assistant Federal Defender
                              Attorney for Defendant
                              WAYNE MICHAUD

## **O R D E R**

GOOD CAUSE APPEARING, and it having been separately represented that the Government has no opposition to this request, Defendant's request for waiver of personal appearance at future non-substantive hearings including the status conference scheduled for November 7, 2017 in Case No. 6:17-mj-00048-MJS, is hereby granted.

IT IS SO ORDERED.

Dated:   November 6, 2017        /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE