HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
WAYNE MICHAUD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:17-mj-00048 MJS |
|---|---|
| Plaintiff, | ) **STIPULATION FOR BRIEFING** |
|  | ) **SCHEDULE AND EVIDENTIARY** |
| vs. | ) **HEARING; ORDER** |
| WAYNE MICHAUD, | ) |
|  | ) DATE: February 27, 2018 |
| Defendant. | ) TIME: 10:00 a.m. |
|  | ) JUDGE: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Wayne Michaud, that the following briefing schedule be set, that the currently scheduled February 27, 2018 status conference be vacated, and that the matter be set for an evidentiary hearing on February 27, 2018, at 10:00 a.m. It is further stipulated that the briefing schedule be set as follows:

        Defendant's Motion:        December 18, 2017

        Government's Opposition:        January 15, 2018

        Defendant's Reply:        January 30, 2018

        Evidentiary Hearing:        February 27, 2018 at 10:00 a.m.

//

//

| | |
|---|---|
| | PHILLIP A. TALBERT<br>United States Attorney |
| Dated: November 15, 2017 | /s/ *Susan St. Vincent*<br>SUSAN ST. VINCENT<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: November 15, 2017 | /s/ *Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>WAYNE MICHAUD |

# **O R D E R**

Good cause appearing, the February 27, 2018 status conference is vacated and the above briefing schedule is approved in case number 6:17-mj-00048 MJS. An evidentiary hearing is set for February 27, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: November 15, 2017        /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE