1  Susan St. Vincent
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California 95389
   Telephone: (209) 372-0241
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:16-mj-0048-MJS |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| WAYNE GRANT MICHAUD, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice. The Government does not believe it can prove the matter beyond a reasonable doubt.

.

Dated: December 27, 2017    /S/ Susan St. Vincent_____
                            Susan St. Vincent
                            Legal Officer
                            Yosemite National Park

1

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Michaud* 6:17-mj-0048-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  December 29, 2017          /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE